1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

VALERIE NORMAND,

7                                 Plaintiff,

8        v.

9   MICHAEL J. ASTRUE, Commissioner of
    Social Security
10
                                 Defendant.
11

Case No. C09-5508KLS

ORDER TO SHOW CAUSE

12

13        This matter comes before the Court on plaintiff's filing of an application to proceed *in*

14   *forma pauperis* and a complaint to review and set aside a decision of the Social Security

15   Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings

16   plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma*

17
     *pauperis*.
18

19        By requesting the Court to proceed *in forma pauperis*, plaintiff is asking the government

20   to incur the filing fee because she is unable to afford the costs necessary to proceed with her

21   cause of action.  In her application to proceed *in forma pauperis*, plaintiff indicates that she has

22   received "[d]isability or workers compensation payments" during the past twelve months. (Dkt.

23
     #1, p. 1).  There is no indication in the application, however, as to whether those payments were
24
     disability or workers compensation, or in what amounts or how frequently they were made.  The
25
26   Court requires that information, though, in order to properly determine whether plaintiff is

     entitled to *in forma pauperis* status.

     ORDER - 1

1    Accordingly, the Court hereby finds and ORDERS as follows:

2    (1)    Plaintiff shall seek to cure this deficiency by filing no later than **October 8, 2009**, a

3    response providing the needed financial information discussed above.

4    **Failure to cure this deficiency by the above date shall be deemed a failure to**

5    **properly prosecute this matter and the Court will recommend dismissal of this**

6    **matter.**

7

8    (2)    The Clerk is directed to send a copy of this Order to counsel for plaintiff.

9    DATED this 8th day of September, 2009.

10

11

12

13    Karen L. Strombom
      United States Magistrate Judge

14

ORDER - 2