UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VALERIE NORMAND,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:09-cv-5508-RBL-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will reevaluate the medical source opinions of Dr. Simon Elloway and Dr. John McCord; reevaluate Plaintiff's testimony and credibility; and evaluate the lay witness statements.  The ALJ will also reevaluate Plaintiff's residual functional capacity, her ability to perform her past relevant work, and if necessary, evaluate whether there are other jobs that she can perform at step five of the

sequential evaluation process.  If warranted, the ALJ will obtain supplemental vocational expert testimony.

DATED this 16th day of March, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ Carol A. Hoch
CAROL A. HOCH                WSB#9289
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2484
FAX:  (206) 615-2531
carol.a.hoch@ssa.gov