# United States District Court

WESTERN DISTRICT OF WASHINGTON

VALERIE NORMAND,

      v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:09-cv-5508-RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

| March 18, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                            *s/ Mary Trent*
                                              Deputy Clerk